MATTHEW M. FEELY, Respondent, v. VITAGRAPH COMPANY OF AMERICA, Appellant. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to serve an amended complaint upon payment of costs, upon authority of *Feely* v. *Vitagraph Company* (184 App. Div. 527), decided herewith. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

GEORGE W. GIBBS, Respondent, v. THE FACTORY PRODUCTS EXPORT CORPORATION, Appellant.— Order of September 21, 1918, for examination of defendant's president before trial affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of LEMUEL M. HART, Deceased. LOU HART REES, Individually and as Executrix, etc., of JOSEPH F. HART, Deceased, and Others, Appellants; BENEDICT J. CARPENTER, as Executor, etc., and Others, Respondents.— Decree of the Surrogate's Court of Westchester county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

REGINA D. STERNBACH, Respondent, v. MAURICE C. STERNBACH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

GEORGE HERMANN, Appellant, v. KATE LUDWIG and Others, Respondents. — Order for stay continued until the hearing and determination of this appeal, on condition that the appeal be perfected (when it will be added to the calendar for the November term), and that appellant be ready for argument when reached; otherwise, motion for stay denied. Present — Thomas, Rich, Putnam and Kelly, JJ.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 14,543, Held by JOHN E. TENCH.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Putnam, Kelly and Jaycox, JJ.

KATHERINE F. COOTS, Respondent, v. CHARLES F. STOKES, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

ANGELINE CORNING, Respondent, v. NEW YORK RAILWAYS COMPANY, Appellant.— Judgment and order reversed, as against the weight of evidence, and new trial granted, costs to abide the event. Thomas, Mills, Putnam and Jaycox, JJ., concurred; Kelly, J., dissented.

WILLIAM DENGLER and KATHARINA DENGLER, Respondents, v. CHRISTIAN BENDEL and Others, Defendants, Impleaded with KAROLINA HAUG, Appellant.— Judgment of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

IRENE DUFFY, an Infant, by Her Guardian ad Litem, MARY DUFFY, Respondent, v. NEW YORK AND SCRANTON REALTY COMPANY, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

ROSE G. DUMAREST, Respondent, v. RENE DUMAREST, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.